# EXHIBIT 3

DEPARTMENT OF HEALTH & HUMAN
SERVICES Centers for Medicare & Medicaid Services
Center for Consumer Information & Insurance
Oversight 200 Independence Avenue SW
Washington, DC 20201

---

**Frequently Asked Questions: National Producer Numbers (NPNs) Rescinded on the Agent/Broker Suspension and Termination List**

**1) Should issuers interpret CMS's removal of agent/brokers from the public Agent/Broker Suspension and Termination List (RTL) to mean that CMS has rescinded these agent/brokers' suspensions or terminations (i.e., the agent/broker's 2023, 2024 and/or 2025 CMS Exchange Agreements have been reinstated to the original suspension/termination date, as if the suspension or termination never occurred)?**
*Published June 13, 2025*

- Yes.

**2) If CMS's reinstatements of impacted agents and brokers are effective back to the initial suspension or termination date, is it CMS's expectation that issuers pay to agents/brokers any commissions issuers withheld on account of a suspension or termination that CMS later rescinded?**
*Published June 13, 2025*

- When an agent's or broker's suspension or termination is rescinded, and assuming an agent or broker otherwise meets applicable federal requirements, issuers may compensate them for enrollments through an Exchange on the Federal platform as if the suspension or termination never occurred, without risk of violating HHS rules. CMS notes that if issuers have not released commission payments solely due to a suspension or termination, then CMS's recission of a suspension or termination removes that ground for nonpayment.

**3) Can CMS provide a list of all agents/brokers who had their suspensions/terminations rescinded to date?**
*Published June 13, 2025*

- Yes, CMS posted a list of the NPNs that were removed from the RTL, which is available on REGTAP at https://regtap.cms.gov/reg_library_openfile.php?id=5930&type=l

**4) Can issuers expect additional rescissions and subsequent removals of data from the RTL? If so, will CMS take additional steps to ensure that issuers can track agent/broker registration through the RTL or otherwise?**
*Published June 13, 2025*


Case 7:26-cv-00253-D-KS Document 1-3 Filed 06/16/26 Page 2 of 4

- CMS currently is considering whether any additional changes to the RTL are necessary to more accurately reflect the current registration status of agents and brokers and more effectively assist issuers in confirming that agents and brokers are properly registered and authorized to assist with applications and enrollments through an Exchange on the Federal platform. The aim of these changes would be to provide issuers with clear, up-to-date information regarding the status of agent and broker registrations that would allow for ongoing monitoring.

**5) CMS had previously announced the suspension of 850 agents/brokers' Marketplace agreements in 2024. Why does the list of all agents/brokers who had their suspensions/terminations rescinded include more than 850 agents/brokers?**
*Published June 13, 2025*

- On October 7, 2024, CMS announced that from "June 2024 through October 2024, CMS suspended 850 agents and brokers' Marketplace Agreements for reasonable suspicion of fraudulent or abusive conduct related to unauthorized enrollments or unauthorized plan switches." This number did not include agent and broker suspensions/terminations from other CMS actions outside of this time period. The list, however, includes the agents/brokers with recissions of suspensions that occurred during June 2024 through October 2024 *and* recissions of suspensions/terminations that occurred outside of that time period.

**6) In the PY 2026 Letter to Issuers, Chapter 5 Section 2 provides issuers should compensate only agents/brokers (and affiliated agents/brokers) that were compliant with federal requirements including those for registration with the FFEs at the time they actively assisted a consumer with an FFE/SBE-FP enrollment or renewal. The 2026 Letter to Issuers also provides HHS rules governing QHP issuers neither prohibit nor direct an issuer to pay compensation for FFE/SBE-FP enrollments or renewals that were completed prior to the date of the agent/broker's Exchange agreement suspension or termination. Are the policies in the 2026 Letter to Issuers currently active for the 2025 plan year?**
*Published June 13, 2025*

- The policies in the 2026 Letter to Issuers are currently active and generally are the same for the 2025 plan year. Specifically, CMS plays no role in QHP issuer agent/broker appointments, it is not a party to contracts between QHP issuers and agents and brokers, and it does not pay commissions or set agent/broker compensation levels. Accordingly, the 2026 Letter to Issuers states that HHS rules do not direct or prohibit an issuer from paying commissions for enrollments or re-enrollments that were completed prior to the date of an agent's or broker's suspension or termination. See 2026 Letter to Issuers at p. 27, available at https://www.cms.gov/files/document/final-2026-letter-issuers.pdf.

  To the extent a QHP issuer does pay commissions to agents and brokers for QHP enrollments, however, it must do so in compliance with HHS rules, including those relevant to agent/broker commissions. For instance, the 2026 Letter to Issuers explains that even though CMS does not


Case 7:26-cv-00253-D-KS Document 1-3 Filed 06/16/26 Page 3 of 4

prohibit nor direct an issuer to pay agent/broker commissions, pursuant to 45 CFR 156.340, QHP issuers participating in Exchanges on the Federal platform are required to withhold compensation from affiliated agents and brokers for a particular QHP enrollment or renewal where an agent or broker is found to have been out of compliance with FFE registration or other applicable Federal requirements at the time they actively assisted with the FFE or SBE-FP enrollment or renewal. *See id.*

**7) QHP issuers have encountered scenarios where an agent/broker, prior to their 2024 suspension/termination, had new PY 2024 enrollments or renewals. But after CMS rescinded the agent's/broker's suspension/termination in 2025 back to the date of the agent's/broker's 2024 suspension/termination, the agent/broker was left without valid CMS registration for PY 2025 because they could not complete CMS's annual training and registration requirements. May QHP issuers assign 2025 passive renewals to this agent/broker even though they are not registered with CMS for PY 2025?**
*Published June 13, 2025*

- Yes, under appropriate circumstances, an issuer may assign 2025 passive renewals to an agent or broker whose suspension or termination has been rescinded.

  Under Exchange rules and our general policy governing registration requirements for initial enrollment and re-enrollment transactions, so long as an agent or broker was properly registered with CMS at the time they assisted a consumer with an active enrollment or re-enrollment in a QHP, the agent or broker is not required to maintain CMS registration as a prerequisite to receiving commissions for related passive QHP re-enrollments through an Exchange on the Federal platform. Please refer to the 2017 Letter to Issuers that includes general guidance on paying commissions for passive enrollments. See 2017 Letter to Issuers at pp. 68-69, available at: https://www.cms.gov/cciio/resources/regulations-and-guidance/downloads/final-2017-letter-to-issuers-2-29-16.pdf.

  CMS notes that if issuers have not released commission payments solely due to an impacted agent's or broker's failure to complete annual CMS training and registration prior to the start of the 2025 open enrollment period and plan year as a direct result of their suspension or termination, then CMS's recission of a suspension or termination removes that ground for nonpayment.

  QHP issuers should continue to use the Agent and Broker FFM Registration Completion List (RCL) published by CMS to verify that the NPN of the agent or broker who is credited for an FFM enrollment was registered at the time of the original enrollment or the active re-enrollment.