# EXHIBIT 5

BlueCross BlueShield of South Carolina
I-20 at Alpine Road
Columbia, SC 29219-0001
803.788.0222

SouthCarolinaBlues.com

South Carolina

January 30, 2024

**VIA CERTIFIED MAIL RETURN RECEIPT RESTRICTED**

Philip Roesel
[redacted]

Re: BlueCross BlueShield of South Carolina
Notice of Suspension of Commission Payments

Dear Philip Roesel,

This letter is to inform you that BlueCross BlueShield of South Carolina ("BCBSSC") has suspended your commission payments effective January 1, 2024.

This suspension is due to your appearance on the Federally-Facilitated Marketplace ("FFM") Registration Termination List as "suspended or terminated" pursuant to 45 CFR § 155.220(f)-(m). For information regarding the processes for lifting the suspension or reconsideration of termination, please consult 45 CFR § 155.220(g)(5)(B) and (h), respectively.

If you are unable to resolve your suspended or terminated status with the FFM within ninety (90) days of notice of your suspension or termination, BCBSSC will be obligated to thereafter immediately terminate your appointment as an agent/agency of BCBSSC.

If you have any questions, please contact Stephanie DeFreese at stephanie.defreese@bcbssc.com.

Sincerely,

Stephanie L. DeFreese

Stephanie DeFreese
Vice President, Agency Sales


An Independent Licensee of the Blue Cross and Blue Shield Association