# EXHIBIT 6

External (plroesel@aol.com)

Report This Email FAQ

----- Forwarded Message -----
**From:** plroesel <plroesel@aol.com>
**To:** ROBERT LABINE <ROBERT.LABINE@bcbssc.com>
**Cc:** STEPHANIE DEFREESE <STEPHANIE.DEFREESE@bcbssc.com>; STEPHANIE MUSTO <STEPHANIE.MUSTO@bcbssc.com>
**Sent:** Monday, February 12, 2024 at 06:11:11 PM EST
**Subject:** RE: Agent and Broker (AB) FFM Registration Termination List

I can name another principal. My brother is a part owner and on the articles of incorporation.

Of course we haven't received anything for any of the agents. The only ones to receive a letter in the mail are Randy and Bayli.

The appeal should be responded by CMS by March 5th. If it's not favorable, it will go to a federal appeals court.

Can we rewrite the business under another agents name in the agency?

I d like to preserve the business, but if we can't do that, I guess I ll have to move a large block of business. I can't afford to lose $150,000 a month over CMS unfounded bias

Thanks,

Phil

Sent from my Galaxy

-------- Original message --------
From: ROBERT LABINE <ROBERT.LABINE@bcbssc.com>
Date: 2/12/24 5:59 PM (GMT-05:00)
To: Philip Roesel <plroesel@aol.com>
Cc: STEPHANIE DEFREESE <STEPHANIE.DEFREESE@bcbssc.com>, STEPHANIE MUSTO <STEPHANIE.MUSTO@bcbssc.com>

Subject: Agent and Broker (AB) FFM Registration Termination List

Philip,

Based a review by our legal team, in accordance with CMS guidance, commissions cannot be paid to any agent appearing on the AB FFM Termination List.

The attached letter was sent to you, similar versions to the agents below, on February 1, 2024 via the USPS (Certified Mail). We have been made aware that these may not have received; we have reached out to the USPS for an explanation.

| | | | |
|---|---|---|---|
| 2373701 | APP001 | PHILIP | ROESEL |
| 16660833 | APP037 | DAVID | SHEELEY |
| 18450575 | APP044 | HENRY | JONES |
| 17116213 | APP049 | JOSHUA | BYRD |
| 15965613 | APP052 | ELIZABETH | ROESEL |
| 20106431 | APP064 | BAYLI | ROSSMAN |
| 19955477 | APP065 | BRYSON | TOWNS |

As you are the principal for your agency, any commissions being paid to the agency, outside the list below is impacted by this as well.

Our hope is that this is resolved soon, and should it be resolved in your favor, any commissions owed will be paid accordingly.

Respectfully,

B

Bobby Labine

Director, Sales Operations & Training

BlueCross BlueShield of South Carolina

Direct: 803-264-9985

http://www.SouthCarolinaBlues.com

*The information contained in the communication (including any attachments) that you received is confidential. If you are not one of the named recipients (or if you otherwise have a reason to believe that you have received this message in error) please notify the sender immediately, delete the original message along with any copies from your computer system. Additionally, if you are not a named recipient (or if you otherwise have a reason to believe that you have received this message in error), you are hereby notified that any dissemination, distribution or copying of the communication or any of its contents, is strictly prohibited.*