**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**

| | |
|---|---|
| PHILIP ROESEL,<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA,<br><br>Defendant. | **Case No. 7:26-cv-00253-D-KS** |

**MOTION FOR EXTENSION OF TIME TO**
**ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant BlueCross BlueShield of South Carolina ("Defendant"), by and through counsel and pursuant to Local Civil Rule 6.1, hereby respectfully moves the Court for a 30-day extension of time to respond to Plaintiff's Complaint ("Complaint"). In support of this Motion, Defendant shows the Court as follows:

1. Plaintiff filed the Complaint in this matter on June 16, 2026. (ECF No. 1.)

2. Defendant's response to the Complaint is due on July 14, 2026. Thus, the time for filing an answer or otherwise responding to the Complaint has not expired.

3. On July 2, 2026, counsel for Defendant sought Plaintiff's position on the Motion and whether Plaintiff would consent to a 30-day extension of time to respond to the Complaint. The parties could not come to an agreement, and Plaintiff thus does not consent to this Motion.

4. Defendant requires additional time to analyze the allegations and prepare an answer or other response to the Complaint.

5. Defendant therefore requests that the Court grant it a 30-day extension of time, by and through August 13, 2026, to answer or otherwise respond to the Complaint.

6. Defendant files this Motion in good faith and without an improper purpose, such as causing undue delay.

7. Contemporaneously with the filing of this Motion, Defendant is submitting a proposed order granting the Motion in accordance with Local Civil Rule 6.1(a).

Respectfully submitted, this the 7th day of July, 2026.


KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ Chad D. Hansen
Chad D. Hansen (NC Bar No. 32713)
chadhansen@ktslaw.com
Elisabeth Briand (NC Bar No. 58039)
ebriand@ktslaw.com
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone: (336) 607-7300
Facsimile: (336) 607-7500

*Attorney for Defendant BlueCross BlueShield of South Carolina*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

This the 7th day of July, 2026.

KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ Chad D. Hansen

Chad D. Hansen (NC Bar No. 32713)
chadhansen@ktslaw.com
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone: (336) 607-7300
Facsimile: (336) 607-7500

*Attorney for Defendant BlueCross BlueShield of South Carolina*