**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**

| | |
|---|---|
| PHILIP ROESEL,<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA,<br><br>Defendant. | **Case No. 7:26-cv-00253-D-KS** |

**[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

**THIS MATTER** is before the Court on Defendant's Motion for Extension of Time to Answer or Otherwise Respond to the Complaint. (ECF No. __.) For the reasons stated in Defendant's Motion, the Court finds that good cause exists for extending Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint.

It is therefore **ORDERED** that the Motion is **GRANTED** and Defendant shall have thirty additional days to answer or otherwise respond to Plaintiffs' Complaint, through and including August 13, 2026.

This the ____ day of ___________________, 2026.

______________________________
United States District Court Judge