IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:26-cv-00253-D-KS

| | |
|---|---|
| PHILIP ROESEL, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) |
| | ) |
| BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA, | ) |
| | ) |
| | ) |
| DEFENDANT. | ) |

**BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA'S MOTION TO TRANSFER VENUE AND DISMISS**

Pursuant to 28 U.S.C. § 1404(a) and Federal Rule of Civil Procedure 12(b)(6), Defendant Blue Cross and Blue Shield of South Carolina moves to transfer venue to the District of South Carolina and dismiss Plaintiffs' Complaint (ECF No. 1) for failure to state a claim upon which relief may be granted. Defendant is concurrently filing a memorandum of law in support of this motion under Local Rule 7.1.

Respectfully submitted this the 13th day of August, 2026.

KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ Chad D. Hansen

Chad D. Hansen (NC Bar No. 32713)
Elisabeth P. Briand (NC Bar No. 58039)
1001 West Fourth Street
Winston-Salem, NC 27101-2400
chadhansen@ktslaw.com
ebriand@ktslaw.com
Telephone: (336) 607-7300
Facsimile: (336) 607-7500

*Attorneys for Defendant Blue Cross and Blue Shield of South Carolina.*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

This the 13th day of August, 2026.

KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ Chad D. Hansen

Chad D. Hansen (NC Bar No. 32713)
1001 West Fourth Street
Winston-Salem, NC 27101-2400
chadhansen@ktslaw.com
Telephone: (336) 607-7300
Facsimile: (336)-607-7500

*Attorney for Defendant Blue Cross and Blue Shield of South Carolina.*