# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:26-cv-00253-D-KS

| | |
|---|---|
| PHILIP ROESEL, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) |
| | ) |
| BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA, | ) |
| | ) |
| | ) |
| DEFENDANT. | ) |

**DECLARATION OF SAM MONROE IN SUPPORT OF BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA'S MOTION TO TRANSFER VENUE**

I, SAM MONROE, declare as follows:

1. I am over the age of eighteen (18) and am competent to testify regarding the matters stated herein.

2. I am the Agency Sales Operations Director of Blue Cross and Blue Shield of South Carolina ("BCBS-South Carolina"), where I have worked for more than 20 years. I have personal knowledge of the facts set forth in this declaration.

3. I submit this declaration in support of BCBS-South Carolina's Motion to Transfer Venue to the District of South Carolina pursuant to 28 U.S.C. § 1404(a) in the above-captioned matter.

4. BCBS-South Carolina is a mutual insurance company organized and existing under the laws of the State of South Carolina. BCBS-South Carolina's corporate headquarters and principal place of business are located in Columbia, South Carolina.

5. BCBS-South Carolina is not a subsidiary of, owned by, or otherwise a corporate affiliate of any entity domiciled or headquartered in the State of North Carolina.

6. BCBS-South Carolina is not licensed or authorized to do business in North Carolina, and it does not have a registered agent for service of process in North Carolina.

7. BCBS-South Carolina is not licensed by the North Carolina Department of Insurance or authorized to sell insurance in the State of North Carolina.

8. BCBS-South Carolina's business activities are centered in and directed toward the State of South Carolina. BCBS-South Carolina offers health insurance products designed specifically for South Carolina consumers, including qualified health plan ("QHP") policies administered for South Carolina residents. BCBS-South Carolina does not offer to sell, nor does it sell, insurance in North Carolina, and it has not written or issued a policy of insurance for delivery in the State of North Carolina.

9. BCBS-South Carolina's executive and management activities, corporate decision-making, and strategic planning all take place in Columbia, South Carolina.

10. BCBS-South Carolina does not solicit insurance business or directly advertise insurance products in the State of North Carolina.

11. BCBS-South Carolina does not maintain any offices in the State of North Carolina.

12. The employees, officers, and agents of BCBS-South Carolina who have knowledge of the facts at issue in this litigation are located in South Carolina. Specifically, the personnel responsible for commission administration, commission calculations, commission-payment records, agency and producer appointment records, internal decision-making, and communications concerning the commissions at issue in this case are all based in Columbia, South Carolina.

13. All BCBS-South Carolina documents and information relating to the Plaintiff's work with BCBS-South Carolina originated in and are located in South Carolina. BCBS-South Carolina's relevant records and systems—including those concerning commission calculations, payment records,

agency and producer appointment records, internal decision-making memoranda, and communications regarding the commissions at issue—are maintained and controlled by South Carolina-based personnel at BCBS-South Carolina's offices in South Carolina.

14. All documents and information concerning approval and appointment decisions, including the suspension and termination of the Plaintiff's commission payments and appointment, is maintained by BCBS-South Carolina in South Carolina. All documents and information concerning the administration of the agency agreements at issue are stored and managed at BCBS-South Carolina's South Carolina headquarters.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of August, 2026, in Columbia, South Carolina.

Sam Monroe
Agency Sales Operations Director
BlueCross and BlueShield of South Carolina
Columbia, South Carolina