**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**No. 7:26-CV-253-D-KS**

| | | |
|---|---|---|
| PHILIP ROESEL,<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER ON EXTENSION OF TIME** |

This matter comes before the Court on a motion by Plaintiff, Philip Roesel, for an extension of time to file the Response to Defendants' Motion to Transfer Venue and Dismiss (D.E. 10) and/or to file an Amended Complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

For good cause shown, the motion is GRANTED and the Plaintiff shall have up to and including September 24, 2026, to file his Response to Defendants' Motion to Transfer Venue and Dismiss (D.E. 11) and/or to file an Amended Complaint.

SO ORDERED, this the 24 day of August, 2026.

J. Dever

James C. Dever III
U. S. District Court