**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**No. 7:26-CV-253**

| | | |
|---|---|---|
| PHILIP ROESEL,<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **PLAINTIFF'S SECOND CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION (D.E. 11) AND TO AMEND THE COMPLAINT** |

Plaintiff, Philip Roesel, by and through counsel, with the consent of Defendant, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully requests an extension of time up to and through October 26, 2026, to file his Response to Defendant's Motion to Transfer Venue and Dismiss (D.E. 11) and/or to file an Amended Complaint. In support for this Motion for Extension of Time, Plaintiff shows the following:

1. Plaintiff filed his Complaint on June 16, 2026. (D.E. 1.)

2. Defendant filed its Motion to Transfer Venue and Dismiss on August 13, 2026. (D.E. 11.)

3. The Plaintiff requested and was granted an extension through September 24, 2026, to file a response. The time to file has not expired.

4. The time for Plaintiff to file an amended complaint as a matter of course has not expired. Plaintiff currently has through September 24, 2026, to amend his complaint as a matter of course. Fed. R. Civ. P. 15(a)(1)(A).

5. Plaintiff and his counsel need more time to adequately assess, prepare for, and respond to the motion filed by the Defendant, including to either (A) respond to the motion to

dismiss in the form of a memorandum, or (B) to file an amended complaint which will supersede the original complaint in this matter.

6. Good cause exists for the Plaintiff and his counsel to be provided more time to address the motion of Defendant, which refers to a 2017 agreement and an entity not referenced in Plaintiff's Complaint.

7. Defendant consents to the extensions of time requested herein.

8. This Motion for Extension of Time is not made for delay or any improper purpose and is made in good faith.

WHEREFORE, Plaintiff respectfully requests an extension of time to file the Response to Defendant's Motion to Transfer Venue and Dismiss and for Plaintiff to file an Amended Complaint up to and including October 26, 2026.

Respectfully submitted this 23rd day of September, 2026.

**WOMBLE BOND DICKINSON (US) LLP**

By: /s/ Brian F. Castro
Christopher W. Jones
(N.C. State Bar No. 27265)
Samuel B. Hartzell
(N.C. State Bar No. 49256)
Brian F. Castro
(N.C. State Bar No. 53412)
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
Phone: (919) 755-8173
Fax: (919) 755-6771
Email: Chris.Jones@wbd-us.com
Sam.Hartzell@wbd-us.com
Brian.Castro@wbd-us.com

*Counsel for Philip Roesel*

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2026, the foregoing **Plaintiff's Second Consent Motion for Extension of Time to Respond to Defendant's Motion (D.E. 11) and to Amend the Complaint** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the Defendants' counsel of record as follows:

Chad D. Hansen
(NC Bar No. 32713)
chadhansen@ktslaw.com
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone: (336) 607-7300
Facsimile: (336) 607-7500

*Attorney for Defendant BlueCross BlueShield of South Carolina*

**WOMBLE BOND DICKINSON (US) LLP**

By: /s/ Brian F. Castro
Brian F. Castro
(N.C. State Bar No. 53412)

*Counsel for Plaintiff Philip Roesel*