**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**No. 7:26-CV-253**

| | | |
|---|---|---|
| PHILIP ROESEL,<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER** |

---

This matter comes before the Court on a motion by Plaintiff, Philip Roesel, for a consent extension of time to file the Response to Defendants' Motion to Transfer Venue and Dismiss (D.E. 11) and/or to file an Amended Complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

For good cause shown, the motion is GRANTED and the Plaintiff shall have up to and including October 26, 2026, to file his Response to Defendants' Motion to Transfer Venue and Dismiss (D.E. 11) and/or to file an Amended Complaint.

SO ORDERED, this the ___ day of ______________, 2026.

____________________________________